**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA**

PAUL IZOR and APRIL HALE, individually
and all others similarly situated,
   *Plaintiffs*,

v.

HEALTH INSURANCE INNOVATIONS,
INC., FEDERAL INSURANCE COMPANY,
NATIONAL CONGRESS OF EMPLOYERS,
INC., TELADOC HEALTH, INC. and
BRIDGEVINE, INC.,
   *Defendants*.

Case No. 8:19-cv-1065-T-36CPT

## NOTICE OF VOLUNTARY DISMISSAL

   Plaintiffs Paul Izor and April Hale hereby dismiss their claims against Defendants Health

Insurance Innovations, Inc., Federal Insurance Company, National Congress of Employers, Inc.,

Teladoc Health, Inc., and Bridgevine, Inc. without prejudice with each party to bear its own

attorneys' fees and costs.

Dated: May 30, 2019

    */s/ Avi Kaufman*
    Avi R. Kaufman (FL Bar no. 84382)
    kaufman@kaufmanpa.com
    Rachel E. Kaufman (FL Bar no. 87406)
    rachel@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881

    *Attorneys for Plaintiffs and others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2019, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, and it is being served this day on all

counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


*/s/ Avi R. Kaufman*
Avi R. Kaufman