UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL IZOR and APRIL HALE,

    Plaintiffs,

v.      Case No: 8:19-cv-1065-T-36CPT

HEALTH INSURANCE INNOVATIONS, INC., FEDERAL INSURANCE COMPANY, NATIONAL CONGRESS OF EMPLOYERS, INC., TELADOC HEALTH, INC. and BRIDGEVINE, INC.,

    Defendants.
_____/

## O R D E R

    Before the Court is Plaintiffs' Notice of Voluntary Dismissal (Doc. 26). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Notice of Voluntary Dismissal is **APPROVED** (Doc. 26).

    2)     This cause is dismissed, without prejudice.

    3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on May 31, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record